IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY A. COLE                                                                PLAINTIFF

vs.                                       CIVIL NO. 06-2025

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION           DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this <u>16th</u> day of January 2007.


                                                             /s/ *J. Marschewski*
                                                             HON. JAMES R. MARSCHEWSKI
                                                             UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)